IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEFFERY CHARLES ELMORE,
ADC #091418                                                                                        PLAINTIFF

V.                        CASE NO. 1:16-CV-110-JM-BD

MAJORIE HALL-REED and
MARTY HEARYMAN                                                                             DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motion for summary judgment (docket entry #25) is GRANTED. Mr. Elmore's claims are DISMISSED, with prejudice. His motion for an evidentiary hearing (#29) is DENIED, as moot.

IT IS SO ORDERED, this 8th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE